UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



---

ANTONIO PECK, a minor, by and through
his parents and next friends, JO ANNE PECK
and KENLEY LESTER PECK,

                        Plaintiffs,

v.

BALDWINSVILLE CENTRAL SCHOOL
DISTRICT, CATHERINE MCNAMARA
ELEMENTARY SCHOOL, ROBERT CREME,
individually and in his official capacity as
Principal of Catherine McNamara Elementary
School, and THEODORE GILKEY, individually
and in his official capacity as Superintendent for
Baldwinsville Central School District,

                        Defendants.

**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST ROBERT CREME AND THEODORE GILKEY IN THEIR INDIVIDUAL CAPACITIES**

Civil Action No.:
99-CV-1847 (NAM/GJD)

---

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, the above-entitled action be, and the same hereby is discontinued as against defendants Robert Creme and Theodore Gilkey in their individual capacities, and all claims made against those defendants in their individual capacities are dismissed with prejudice, without costs, attorneys' fees, expenses

1184099.1

or disbursements to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 27, 2006

LIBERTY COUNSEL

By: _____
Erik W. Stanley, Esq.
(Admitted *Pro Hac Vice*)
100 Mountain View Road, Suite 2775
Lynchburg, VA 24502-2272
Telephone: (434) 592-7000
Fax: (434) 582-7019

Brian Raum, Esq.
BWR1967
(Local Counsel)
THE GUCCIARDO LAW FIRM
99 Wall Street
19th Floor
New York, NY 10005
Telephone: (212) 742-0500
Fax: (212) 742-0815

Attorneys for Plaintiffs

BOND, SCHOENECK & KING, PLLC

By: _____
Louis Orbach, Esq. (507815)
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Fax: (315) 218-8100

Attorneys for Defendants

SO ORDERED:

_____
Hon. Norman A. Mordue
Chief U.S. District Court Judge

August 1, 2006

1184099.1