United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**ANTONIO PECK, a minor, by and through his parents and next friends, JO ANNE PECK and KENLEY LESTER PECK**
                              **Plaintiffs'**

           **VS.**                    **5:99-CV-1847 (NAM)**

**BALDWINSVILLE CENTRAL SCHOOL DISTRICT, CATHERINE MCNAMARA ELEMENTARY SCHOOL, ROBERT CREME, individually and in his official capacity as Principal of Catherine McNamara Elementary School, and THEODORE GILKEY, individually and in his official capacity as Superintendent for Baldwinsville Central School District**
                              **Defendants'**

**[X]  Decision by Court.**  This action came to Bench Trial before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment is hereby entered in favor of the defendants' and the complaint is dismissed.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue dated the 30th day of September, 2008.

| | |
|---|---|
| **SEPTEMBER 30, 2008** | **LAWRENCE K. BAERMAN** |
| **DATE** | **Clerk of Court** |
| | s/ |
| | **Joanne Bleskoski**<br>**Deputy Clerk** |