**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ANTONIO PECK, a minor, by and through**
**his parents and next friends, JO ANNE PECK**
**and KENLEY LESTER PECK,**

                **Plaintiff,**

                **vs.**                              **5:99-CV-1847**

**BALDWINSVILLE CENTRAL SCHOOL DISTRICT,**
**CATHERINE MCNAMARA ELEMENTARY SCHOOL,**
**ROBERT CREME, individually and in his official capacity**
**as Principal of Catherine McNamara Elementary School,**
**and THEODORE GILKEY, individually and in his official**
**capacity as Superintendent for Baldwinsville Central School**
**District,**

                **Defendants.**
_____

**ORDER**

In a Summary Order filed on October 26, 2009, the Second Circuit vacated the judgment in this case and remanded with instructions to dismiss the complaint for lack of subject-matter jurisdiction. Accordingly, it is hereby

**ORDERED** that the complaint is **DISMISSED** for lack of subject matter jurisdiction; and it is further

**ORDERED** that the Clerk of the Court enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Date: January 12, 2010

_Norman A. Mordue_
Norman A. Mordue
Chief United States District Court Judge